Form 160

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

---

Bankruptcy Case No.: 10–80779

IN THE MATTER OF:
Kimberly Nicole Gallop     xxx–xx–9017
1646 Snowmass Way
Durham, NC 27713

   Debtor(s)

---

TO THE DEBTOR AND ALL OTHER PARTIES IN INTEREST:

TAKE NOTICE THAT the following request has been made with the Court:
Objection to Claim Number 4 of RBC Bank (USA) in the amount of 147180.77. Filed by Debtor Kimberly Nicole Gallop by and through counsel Edward Boltz

TAKE FURTHER NOTICE THAT any interested party who has objections to the request MUST FILE A WRITTEN OBJECTION on or before 10/15/10 with the movant and with the U.S. Bankruptcy Court at the following address:

*P.O. Box 26100*
*Greensboro, NC 27420–6100*

If no objections are filed within said time period, the Court will consider this motion without a hearing. If objections are timely filed, a hearing on the motion will be held on 10/21/10 at 11:00 AM in the following location:

*Courtroom – Venable Center*
*Dibrell Building – Suite 280*
*302 East Pettigrew Street*
*Durham NC 27701*

Dated: 9/13/10                                                                     OFFICE OF THE CLERK/drm

# CERTIFICATE OF NOTICE

```
District/off: 0418-1           User: dmartin              Page 1 of 1                Date Rcvd: Sep 13, 2010
Case: 10-80779                 Form ID: 160               Total Noticed: 3

The following entities were noticed by first class mail on Sep 15, 2010.
ust          +Michael D. West,   Bankruptcy Administrator,   P.O. Box 1828,   Greensboro, NC 27402-1828
784546576    +RBC Bank (USA),    P.O.Box 2155,   Rocky Mount, NC 27802-2155

The following entities were noticed by electronic transmission on Sep 13, 2010.
aty           E-mail/Text: jlivermon@poynerspruill.com                         James S. Livermon, III,
               POYNER & SPRUILL LLP,    P. O. Box 353,   Rocky Mount, NC  27802-0353
                                                                                                  TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 15, 2010                    Signature:    _Joseph Speetjens_